# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV NO. 02-00668MLR

CASE NAME:      Hawaiian Grocery Stores Vs. Unified Wester Grocers, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Manuel L. Real           REPORTER:

DATE:     3/24/2006                TIME:

---

COURT ACTION:  EO: This case is hereby Terminated.  Pursuant to Documents'-[353]-Stipulation for Partial Dismissal with Prejudice of all Claims and [347]-Order-Petition for approval of good Faith Settlement.  Plaintiffs Counsel-R. Patrick Jaress and Ronald Kotoshirodo have concurred that this case is closed and no further pleadings, etc will be filed in this action.


Submitted by Leslie L. Sai, Courtroom Manager